UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMIULLAH SHINWAR d/b/a SWAG SMOKES,<br><br>　　　　Defendant. | Case No. 2:23-cv-0355-CSK<br><br>ORDER TO SHOW CAUSE REGARDING SERVICE OF PROCESS |

On August 19, 2024, the Court denied without prejudice Plaintiff's motion for default judgment and granted Plaintiff leave to file an amended complaint within thirty days from the date of the order. 8/19/2024 Order on Motion for Default Judgment (ECF No. 29.) On September 19, 2024, Plaintiff GS Holistic, LLC filed a Second Amended Complaint. (ECF No. 30.) To date, Plaintiff has not filed a certificate of service reflecting service on Defendant has been completed. The initial scheduling order states the following:

> When serving process under Rule 4, Plaintiff(s) shall provide each Defendant with a copy of this order and the "Consent to Assignment or Request for Reassignment" information. Within 10 days after service of process on a given Defendant, Plaintiff(s) shall file a certificate stating that the Defendant was served under Rule 4.

(ECF No. 3 at 2 ¶ 1.) Despite this order, the record does not reflect that Plaintiff has

1

attempted proper service on Defendant of the Second Amended Complaint. (*See* Docket.) Rule 4 of the Federal Rules of Civil Procedure also sets a deadline by which a defendant must be served. It provides in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Thus, Plaintiff's Second Amended Complaint is on the verge of being dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of this order, Plaintiff shall file a statement with the Court indicating the status of service, or any good cause for why Defendant has not been served under Rule 4 of the Federal Rules of Civil Procedure; and

2. Failure to respond to this order, or failure to show good cause for the lack of service of process, will result in dismissal of Plaintiff's case without prejudice.

Dated: April 1, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, gsho0355.23