UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | Case No. 2:23-cv-0355-CSK |
| Plaintiff, | |
| v. | ORDER |
| SAMIULLAH SHINWAR d/b/a SWAG SMOKES, | |
| Defendant. | |

On August 19, 2024, the Court denied without prejudice Plaintiff GS Holistic, LLC's motion for default judgment and granted Plaintiff leave to file an amended complaint within thirty days from the date of the order. 8/19/2024 Order on Motion for Default Judgment (ECF No. 29.) On September 19, 2024, Plaintiff filed a Second Amended Complaint. (ECF No. 30.)

After the Second Amended Complaint was filed on September 19, 2024, Plaintiff GS Holistic, LLC took no further action until the Court issued an Order to Show Cause on April 1, 2025, requiring a response from Plaintiff within 14 days (ECF No. 31). The Second Amended Complaint was not served until May 3, 2025. (ECF No. 33.)

After Plaintiff again took no action to advance the case after service of the Second Amended Complaint, the Court was required to issue yet another order on October 15, 2025, requiring a response from Plaintiff within 14 days (ECF No. 34). The Court has

reviewed Plaintiff's October 29, 2025 Status Report (ECF No. 35) filed in response to the Court's October 15, 2025 Minute Order. Plaintiff requests permission to proceed with a Third Amended Complaint that Plaintiff promises it "will promptly serve" on Defendant. 10/29/2025 Pl. Status Report.

Plaintiff has not been diligent in prosecuting this case, and takes action to advance the case only after being ordered by the Court to do so, continuing to delay prosecution of its case. *See* Docket. This requires constant follow-up by the Court, wasting limited judicial resources. Though Plaintiff has not been diligent in prosecuting this case, the Court will grant Plaintiff leave one last time to further amend and permit the case to proceed on the Third Amended Complaint filed at ECF No. 36. This will be Plaintiff's fourth complaint that it has filed in this action.

**Plaintiff is warned that further amendment will not be permitted, and Plaintiff's continued delay in prosecuting this case will result in a recommendation for dismissal of this action**. Plaintiff is ORDERED to promptly serve a copy of this order and the Third Amended Complaint on Defendant as it represented that it would, and file its proof of service of both documents within 14 days of this order.

Defendant must file its response to the Third Amended Complaint within 14 days of service of the Third Amended Complaint. Fed. R. Civ. P. 15(a)(3). If Defendant does not timely respond to the Third Amended Complaint, Plaintiff must promptly file its motion for default judgment within 14 days of when Defendant's response to the Third Amended Complaint was due. Any such motion must be accompanied by Plaintiff's proof of service of the default judgment motion on Defendant. In other words, the last possible day for Plaintiff to file its motion for default judgment is December 18, 2025, though the actual deadline may be earlier depending on when Plaintiff serves the Third Amended Complaint.

/ / /

/ / /

/ / /

**Plaintiff is warned that if it does not timely file a motion for default judgment as ordered, the Court will recommend dismissal of this action**.

Dated:  November 6, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

csk/gsho0355.23