

# United States District Court
## Eastern District of California

GS Holistic LLC

Plaintiff(s)

V.

Samiullah Shinwar, et al.,

Defendant(s)

Case Number: 2:23-cv-00355-CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Eddy Leal hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

GS Holistic LLC

On April 30, 2012 (date), I was admitted to practice and presently in good standing in the Florida Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/05/2026        Signature of Applicant: /s/ Eddy Leal

**Pro Hac Vice Attorney**

Applicant's Name: Eddy Leal

Law Firm Name: Eddy Leal, PA

Address: 777 Brickell Avenue, Suite 500

City: Miami State: FL Zip: 33131

Phone Number w/Area Code: 305-979-3900

City and State of Residence: Miami, FL

Primary E-mail Address: el@leallegal.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Tomas Leon

Law Firm Name: Leon Law LLP

Address: 1145 W. 55th Street

City: Los Angeles State: CA Zip: 90037

Phone Number w/Area Code: 512-965-9637 Bar # 321117

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/5/2026

JUDGE, U.S. DISTRICT COURT

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### EDDY V LEAL

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on APRIL 30, 2012, is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this OCTOBER 29, 2025.*

**Clerk of the Supreme Court of Florida**